

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-00174 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| SANDREZ JOHNSON | ) | 18 U.S.C. § 924 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about December 18, 2023, in the Middle District of Tennessee, the defendant, **SANDREZ JOHNSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Sturm, Ruger, and Co. Inc. Model LCP caliber .380 Auto pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### FORFEITURE ALLEGATION

1. The allegations alleged in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count One, the defendant, **SANDREZ JOHNSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Sturm, Ruger, and Co. Inc. Model LCP caliber .380 Auto pistol bearing serial number 372442785, and any related ammunition.

A TRUE BILL

_____
FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*Kathryn Risinger*

KATHRYN RISINGER
ASSISTANT UNITED STATES ATTORNEY